**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12-40043-01-JAR |
| | ) | |
| JAVIER VAZQUEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

NOW on this 1st day of April, 2013, comes before the Court the defendant's Motion to Continue Sentencing. There are no personal appearances.

The Court finds that defendant's reasons for a continuance of the sentencing hearing are reasonable, necessary and justified. The delay caused by this extension of time is attributed to defendant. The Court further finds that any period of delay resulting from the continuance granted pursuant to this Order shall be excludable as provided for in 18 U.S.C. § 3161(h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy hearing.

After reviewing the file and finding good cause shown, the Court grants the defendant's motion. The sentencing in this matter is rescheduled for May 13, 2013 at 9:00 a.m .

**IT IS SO ORDERED.**

Dated: April 1, 2013

                                            S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE